## EDWARDS *v.* DOWDY.

ATKINSON, Presiding Justice. This case does not come within the jurisdiction of the Supreme Court as provided in the Constitution (Code, Ann., § 2-3704), and accordingly is

*Transferred to the Court of Appeals. All the Justices concur.*

No. 17648. SUBMITTED OCTOBER 10, 1951—DECIDED NOVEMBER 15, 1951.

*C. E. Hay* and *Jesse T. Edwards,* for plaintiff.

*Robert B. Williamson,* for defendant.